# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MATTHEW ANDERSON,<br><br>    Plaintiff,<br><br>vs.<br><br>EDWARD'S STONE, INC.,<br><br>    Defendant. | 4:21CV3131<br><br>ORDER |

The parties have settled the claims in this matter following a settlement conference held with the undersigned magistrate judge on August 31, 2022. Accordingly,

**IT IS ORDERED:**

1. On or before **September 30, 2022**, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) which will fully dispose of the case;

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3. The Clerk of Court shall terminate the pretrial and trial settings, and any hearings set for this case.

Dated this 31st day of August, 2022.

                BY THE COURT:

                s/Michael D. Nelson
                United States Magistrate Judge